IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIRAM DIALLO,

    Plaintiff,

v.

KAY-CO INVESTMENTS, INC., OCWEN LOAN SERVICING, LLC; LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE REGISTERED HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE4; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; EAST BAY DEVELOPERS; and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud on plaintiff's title thereto, Does I-X, inclusive,

    Defendants.

No. C 09-03024 WHA

**ORDER TO SHOW CAUSE**

Defendants filed a motion to dismiss, which was originally noticed for hearing on August 26, 2009. Defendants continued the hearing to October 1, 2009. Based on the October 1, 2009, hearing date, plaintiff's opposition was due on September 10, 2009, but no opposition has been filed. Plaintiff is ordered to show cause in writing by **NOON ON SEPTEMBER 25, 2009**, as to why she failed to respond.

**IT IS SO ORDERED.**

Dated: September 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE